TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
U. S. Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
E-mail: edwina.e.dowell@usdoj.gov
Telephone: (408) 535-5525
Fax: (408) 535-5532
By:  EDWINA E. DOWELL (SBN 149059)
     Assistant U.S. Trustee
     JOHN WESOLOWSKI (SBN 127007)
     Trial Attorney
     SHINING HSU (NJSBN 027612006)
     Trial Attorney

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

SANTA CRUZ BERRY FARMING
COMPANY, LLC, a California limited
liability company,

         Debtor.

Case No. 15-51771 MEH

Related Case No. 15-51772 MEH
(In re Corralitos Farms, LLC)

*Order for Joint Administration Pending*

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, United States Trustee for Region 17, pursuant to Sections 1102(a) and (b) of Title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Santa Cruz Berry Farming Company, et al., and affiliated debtors in possession:

    1.   Cedar Point Nursery
         P.O. Box 1447
         Klamath Falls, OR  97601
         Attention:   Chuck Paulsen, CFO
         Telephone:   (541) 880-8826
         Fax:         (541) 883-8727
         E-mail:      cpaulsen@cedarpointnursery.net

Notice of Appointment of Official
Committee of Unsecured Creditors

2. FMG Farm Contracting Inc.
   P.O. Box 1582
   Gonzales, CA 93926
   Attention: Francisco Mora Gonzalez, President
   Telephone: (831) 675-0007
   Fax: (831) 675-0003
   E-mail: fmguno@outlook.com

3. Sambrailo Packaging
   P.O. Box 50090
   Watsonville, CA 95077-5090
   Attention: Rachel M. Montoya, Controller
   Telephone: (831) 763-7502
   Fax: (831) 763-7541
   E-mail: Rachel@sambrailo.com

4. Sturdy Oil Company
   P.O. Box 90
   Salinas, CA 93902-0090
   Attention: Thomas Fanoe, Owner
   Telephone: (831) 422-8801
   Fax: (831) 422-4121

Date: San Jose, California
June 9, 2015

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: __/ s / Edwina E. Dowell__
Edwina E. Dowell
Assistant United States Trustee
280 South First Street, Suite 268
San Jose, CA 95113
Tel. (408) 535-5525
Fax. (408) 535-5532

Notice of Appointment of Official
Committee of Unsecured Creditors