WILLIAM S. BRODY (SBN: 136136)
JOSEPH M. WELCH (SBN: 259308)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: wbrody@buchalter.com, jwelch@buch

Attorneys for Secured Creditors
Tom Lange Company, Inc. and
Tom Lange Company International, Inc.

The following constitutes
the order of the court. Signed June 16, 2015

M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SANTA CRUZ BERRY FARMING COMPANY, LLC, a California limited liability company,

Debtor.

Case No. 15-51771 MEH

Chapter 11

**ORDER APPROVING STIPULATION NO. 2 RE CONTINUED HEARING ON DEBTOR-IN-POSSESSION'S MOTION FOR ORDER TO SHOW CAUSE RE: TOM LANGE COMPANY, INC.'S [ALLEGED] VIOLATION OF THE AUTOMATIC STAY AND TURNOVER OF PROPERTY OF THE BANKRUPTCY ESTATE**

Current Hearing Date:

Date: June 12, 2015
Time: 1:00 p.m.
Place: United States Courthouse
　　　　Courtroom 3070
　　　　280 South First Street
　　　　San Jose, CA 95113-3099

Proposed Hearing Date:

Date: June 23, 2015
Time: 1:00 p.m.
Place: United States Courthouse
　　　　Courtroom 3070
　　　　280 South First Street
　　　　San Jose, CA 95113-3099

The Court having reviewed the Stipulation Re Continued Hearing on Debtor-in-Possession's Motion for Order to Show Cause Re: Tom Lange Company, Inc.'s [Alleged] Violation of the Automatic Stay and Turnover of Property of the Bankruptcy Estate (the "Stipulation") between Tom Lange Company, Inc. and Tom Lange Company International, Inc. ("TLC") and Santa Cruz Berry Farming Company, LLC, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Stay Motion is continued to June 23, 2015, at 1:00 p.m. (the "Continued Hearing").

3. Any response or opposition to the Stay Motion must be filed and served (via electronic mail) on or before two days before the Continued Hearing at 5:00 p.m. (the "Response").

4. Any reply to the Response must be filed and served (via electronic mail) on or before one day before the Continued Hearing at 5:00 p.m.

END OF ORDER

## COURT SERVICE LIST

ECF Recipients

BN 18478473v1