WILLIAM S. BRODY (SBN: 136136)
JOSEPH M. WELCH (SBN: 259308)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: wbrody@buchalter.com, jwelch@buchalter.com

Attorneys for Secured Creditors
Tom Lange Company, Inc. and
Tom Lange Company International, Inc

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SANTA CRUZ BERRY FARMING COMPANY, LLC, a California limited liability company,<br><br>　　　　　Debtor.<br>. | Case No. 15-51771 MEH<br><br>Chapter 11<br><br>**STIPULATION NO. 3 RE CONTINUED HEARING ON DEBTOR-IN-POSSESSION'S MOTION FOR ORDER TO SHOW CAUSE RE: TOM LANGE COMPANY, INC.'S [ALLEGED] VIOLATION OF THE AUTOMATIC STAY AND TURNOVER OF PROPERTY OF THE BANKRUPTCY ESTATE**<br><br>Current Hearing Date:<br>Date: June 23, 12015<br>Time: 1:00 p.m.<br>Place: United States Courthouse<br>　　　　Courtroom 3070<br>　　　　280 South First Street<br>　　　　San Jose, CA 95113-3099<br><br>Proposed Hearing Date:<br>Date: July 9, 2015<br>Time: 10:30 a.m.<br>Place: United States Courthouse<br>　　　　Courtroom 3070<br>　　　　280 South First Street<br>　　　　San Jose, CA 95113-3099 |

This Stipulation No. 3 re Continued Hearing on Debtor-in-Possession's Motion for an Order to Show Cause re: Tom Lange Company, Inc.'s [Alleged] Violation of the Automatic Stay and Turnover of Property of the Bankruptcy Estate (the "Stipulation") is entered into as of June 22, 2015, by and among Santa Cruz Berry Farming Company, LLC, the debtor and debtor in possession (the "Debtor") in the above-captioned bankruptcy case (the "Case"), and Tom Lange Company, Inc. and Tom Lange Company International, Inc. ("TLC" and collectively with the Debtor, the "Parties" and each a "Party"). In support of the Stipulation, the Parties state as follows:

A. On May 25, 2015, the Debtor filed a voluntary petition under chapter 11 commencing the Case.

B. On Friday, May 29, 2015, the Court held a hearing on an emergency basis (the "Emergency Hearing") to consider the Debtor's Emergency Motion for (I) Order Approving Use of Cash Collateral (II) Granting Adequate Protection, and (III) Scheduling Final Hearing. At the Emergency Hearing, the Parties discussed TLC's sales completed both pre-and post-petition.

C. On Monday, June 1, 2015, TLC filed a Notice of Turnover of Postpetition Cash Collateral and wired the sum of $48,397.66 to Debtor's DIP account, subject to further reconciliation. That amount exceeded Debtor's estimates of post-petition sales ($30,565.64).

D. Later that same day, on June 1, 2015, the Parties stipulated to a hearing on Friday, June 5, 2015, to address TLC's alleged violation of the automatic stay and turnover of certain pre-petition sales (the "Stay Motion"). In essence, the Stay Motion was filed as a "place holder" in case the Parties could not reach a consensual resolution.

E. By June 2, 2015, TLC provided the Debtor with a detailed accounting to support TLC's temporary freeze pending setoff. TLC contends this temporary freeze is consistent with applicable law. *See, e.g.*, 11 U.S.C. § 542(b) (requiring turnover of debts to debtors "<u>except</u> to the extent that such debt may be offset under section 553 of this title against a claim against the debtor") and *Citizens Bank of Maryland v. Strumpf*, 516 U.S. 16, 20 (1995) ("It would be an odd construction of § 362(a)(7) that required a creditor with a right of setoff to do immediately that

**STIPULATION NO. 3 RE CONTINUING HEARING - [ALLEGED] VIOLATION OF AUTOMATIC STAY**

BN 18540134v3

which § 542(b) specifically excuses it from doing as a general matter: pay a claim to which a defense of setoff applies").

  F. On June 2, 2015, the Parties entered into a stipulation to continue the hearing on the Motion to June 12, 2015. On June 4, 2015, the Court entered its Order Approving Stipulation Re Continued Hearing [Docket No. 44], pursuant to which the hearing on the Motion was continued to June 12, 2015.

  G. On June 12, 2015, the Parties entered into a stipulation to continue the hearing on the Motion to June 23, 2015. On June 16, 2015, the Court entered its Order Approving Stipulation Re Continued Hearing [Docket No. 50], pursuant to which the hearing on the Motion was continued to June 23, 2015.

  H. The Debtor has requested additional information and documents to further analyze TLC's setoff analysis, which TLC has agreed to provide.

  I. On June 19, 2015, TLC commenced an on-site inspection of the Debtor's books and records, farming operations, and 2015 strawberry crop.

  J. The Debtor has further determined that, based on recent operations, it can now satisfy all immediate obligations pursuant to a revised budget (concurrently presented to the Court for interim use of cash collateral).

  K. In order to provide the Parties with additional time to analyze (and hopefully resolve) the Stay Motion, the Parties agree to continue the Stay Motion to July 9, 2015, at 10:30 a.m., or such other date and time convenient with the Court.

Based upon the foregoing, the Parties agree and stipulate as follows:

  1. The Stay Motion is continued to July 9, 2015, at 10:30 a.m., or such other date and time convenient with the Court (the "Continued Hearing").

  2. Any response or opposition to the Stay Motion must be filed and served on or before two days before the Continued Hearing at 5:00 p.m. (the "Response").

  3. Any reply to the Response must be filed and served on or before one day before the Continued Hearing at 5:00 p.m.

**STIPULATION NO. 3 RE CONTINUING HEARING - [ALLEGED] VIOLATION OF AUTOMATIC STAY**

BN 18540134v3

4. Notwithstanding this Stipulation and the consents and agreements herein, each Party reserves its respective rights and remedies available under contract, at law or in equity.

DATED: June 22, 2015  BUCHALTER NEMER

By: /s/ William S. Brody
    WILLIAM S. BRODY
    JOSEPH M. WELCH
    Attorneys for Secured Creditor
    Tom Lange Company, Inc. and
    Tom Lange Company International, Inc.

DATED: June 22, 2015  THOMAS VOGELE & ASSOCIATES, APC

By: /s/ Thomas A. Vogele (see attached authorization)
    THOMAS A. VOGELE
    Attorneys for the Debtor
    Santa Cruz Berry Farming Company, LLC

**Bodkin, Debra A.**

| | |
|---|---|
| **From:** | Brody, William |
| **Sent:** | Tuesday, June 23, 2015 9:51 AM |
| **To:** | Bodkin, Debra A. |
| **Subject:** | FW: SCBF: Stipulation to Continue Hearing and Motion re Use of Cash Collateral - July 9, 2015 REVISED [IWOV-BN.FID2030004] |

---

**From:** Effie Anastassiou Esq. [mailto:effieesq@salinasaglaw.com]
**Sent:** Monday, June 22, 2015 6:35 PM
**To:** Brody, William; tvogele@tvalaw.com
**Cc:** Katie Brandt; Dania Valdez; Angela Brown (abrown@tvalaw.com); Brendan M. Loper (bloper@tvalaw.com); Shining.Hsu@usdoj.gov; Welch, Joseph M.
**Subject:** RE: SCBF: Stipulation to Continue Hearing and Motion re Use of Cash Collateral - July 9, 2015 REVISED [IWOV-BN.FID2030004]

You are authorized to electronically sign the stipulation on my behalf.

Thanks

**Effie F. Anastassiou, Esq.**
EffieEsq@salinasaglaw.com
**Anastassiou & Associates**
 **Attorneys at Law**
242 Capitol Street   |   P.O. Box 2210
Salinas, CA 93901   |   Salinas, CA 93902
Tel. (831) 754-2501   |   Fax. (831) 754-0621
iPhone 5 (831) 595-7471   |   iPhone 6 Plus (831) 595-3229
www.SalinasAgLaw.com

Confidentiality Notice: This electronic transmission and any documents accompanying this electronic transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmitted information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017.

On the date set forth below, I served the foregoing document described as:

**STIPULATION NO. 3 RE CONTINUED HEARING ON DEBTOR-IN-POSSESSION'S MOTION FOR ORDER TO SHOW CAUSE RE: TOM LANGE COMPANY, INC.'S [ALLEGED] VIOLATION OF THE AUTOMATIC STAY AND TURNOVER OF PROPERTY OF THE BANKRUPTCY ESTATE**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

*Debtor*
Santa Cruz Berry Farming Company, LLC
116 Martinelli Street, Suite 7
Watsonville, CA 95076
SANTA CRUZ-CA

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 23, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Effie F. Anastassiou   effieesq@salinasaglaw.com, paralegal@salinasaglaw.com
William S. Brody   wbrody@buchalter.com, dbodkin@buchalter.com
Ralph P. Guenther   courts@tkdougherty.com, angelal@montereylaw.com
Toriana Holmes   tsh@severson.com
Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
Thomas J. Polis   tom@polis-law.com, paralegal@polis-law.com
Michael A. Sweet   msweet@foxrothschild.com, mflores@foxrothschild.com
Thomas A. Vogele   tvogele@tvalaw.com, abrown@tvalaw.com
Joseph M. Welch   jwelch@buchalter.com, dcyrankowski@buchalter.com

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 23, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the

**STIPULATION NO. 3 RE CONTINUING HEARING - [ALLEGED] VIOLATION OF AUTOMATIC STAY**

BN 18540134v3

judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable M. Elaine Hammond
US Bankruptcy Court, Northern (San Jose)
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on June 23, 2015, at Los Angeles, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 23, 2015, at Los Angeles, California.

\_\_\_\_\_Debby Bodkin_____     _____/s/ Debby Bodkin_____

**STIPULATION NO. 3 RE CONTINUING HEARING - [ALLEGED] VIOLATION OF AUTOMATIC STAY**

BN 18540134v3