Effie F. Anastassiou, Esq. (SBN 96279)
Stephen J. Beals, Esq. (SBN 226365)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Creditor,
K&M Enterprises, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SANTA CRUZ BERRY FARMING COMPANY, LLC<br>           Debtor.<br>Address: 116 Martinelli Street, Suite 8<br>               Watsonville, CA<br><br>   Also Affects:<br>✓ Only Affects:<br><br>CORRALITOS FARMS, LLC,<br>           Debtor.<br>Address: 116 Martinelli Street, Suite 7<br>               Watsonville, CA | LEASE CASE NO. 15-51771<br><br>Jointly Administered with: 15-51772<br><br>Chapter 11<br><br>K&M ENTERPRISES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)<br><br>Date:   August 14, 2015<br>Time:  10:00 a.m.<br>Judge: Hon. M. Elaine Hammond<br>Place:  United States Courthouse<br>         280 South First Street<br>         Courtroom 3070<br>         San Jose, CA 95113-3099 |

      K&M Enterprises, LLC (hereinafter "K&M"), as agent for and on behalf of the following K&M Members: The Edward and M. Jean Kelly 1993 Revocable Trust as Amended, The Kelly Children's LLC, The Edward and Linda Ortega Living Trust Dated June 19, 2003, The Carlos Ortega Living Trust Dated May 9, 2003, and Mario and Angelica Renteria (the "Purchasing Members"), hereby moves this Court for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) (the "Motion"), in order to allow the Purchasing Members of K&M to enforce their rights under the Buy/Sell Agreement dated January 1, 2003 (the "Buy/Sell Agreement"), to buy the interest of Corralitos Farms, LLC ("Corralitos") in K&M.

Good cause for this Motion exists on the grounds that the Buy/Sell Agreement is an executory contract. Although the rights of the Purchasing Members under the Buy/Sell Agreement to purchase Corralitos' interest in K&M (the "Corralitos Interest") were triggered by Corralitos' bankruptcy filing, these *ipso facto* provisions of the Buy/Sell Agreement are enforceable pursuant to the provisions of 11 U.S.C. § 365(e)(2). The provisions of section 17705.02(f) of the California Corporations Code, the provisions of K&M's Operating Agreement, and the provisions of the Buy/Sell Agreement, prohibit and restrict the assignment of the Debtor's rights to the Corralitos Interest. Moreover, the other members of K&M have not consented to, authorized, or otherwise agreed to Corralitos selling the Corralitos Interest to a third party, or authorized the assignment or the assumption by a third party of the Corralitos Interest. Accordingly, this Court should issue an order authorizing the Purchasing Members to exercise their contractual rights to purchase the Corralitos Interest at fair market value under the terms of the Buy/Sell Agreement.

This Motion will be based upon this Motion, the Memorandum of Points and Authorities, the Notice of Hearing, the Declaration of Edward J. Kelly III, with exhibits, and the Declaration of Effie Anastassiou, with exhibits, being filed concurrently herewith, along with all of the pleadings in this case, and any additional oral or documentary evidence introduced through this Motion.

Respectfully Submitted,

Date: July 6, 2015

ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou
Effie F. Anastassiou, Esq.,
Attorneys for Creditor,
K&M Enterprises, LLC, as Agent for the Purchasing Members