Thomas A. Vogele, Esq. (SBN 254557)
Brendan M. Loper, Esq. (SBN 282198)
THOMAS VOGELE & ASSOCIATES, APC
3199 Airport Loop Road, Suite A-3
Costa Mesa, California 92626
Telephone: (714) 641-1232
Facsimile: (888) 391-4105
Email: tvogele@tvalaw.com

Attorneys for debtor-in-possession Santa Cruz
Berry Farming Company, LLC a California limited
liability company

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>SANTA CRUZ BERRY FARMING COMPANY, LLC, a California limited liability company<br><br>      Debtor-In-Possession. | CASE NO.: 15-51771<br><br>Chapter 11<br><br>Courtroom: 3070<br><br>**APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL** |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Santa Cruz Berry Farming Company, LLC, debtor and debtor-in-possession in the above captioned Chapter 11 case ("Debtor"), hereby submits this Application, pursuant to Rule 4002-1(a) of the Local Bankruptcy Rules for the Northern District of California, for an order designating Robert Fritz Koontz as the individual responsible for the duties and obligations of the Debtor as debtor-in-possession. In support of this Application, the Debtor respectfully represents:

1. On May 25, 2015, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Shining Hsu has been appointed as trustee, and the Debtor continues to manage its assets in accordance with sections 1107 and 1108 of the Bankruptcy Code.

3. Effective upon entry of the order for relief, the Debtor appointed Robert Fritz Koontz ("Koontz") as its Manager and Responsible Individual.

4. The Debtor requests that Koontz be designated as the individual responsible for the duties and obligations of the debtor-in-possession. The full name, address, telephone number, and position of Koontz are as follows: Robert Fritz Koontz, 116 Martinelli Street, Suite 8, Watsonville, CA 95077; title: Manager

5. Koontz was appointed by the Debtor on July 7, 2015, after the filing of the voluntary petition. Koontz is familiar with the Debtor's assets and operations, and is competent to perform the duties and obligations of the debtor-in-possession.

WHEREFORE, the Debtors request that Koontz be designated as the individual responsible for performing the duties and obligations of the Debtor as debtor-in-possession during the pendency of this Chapter 11 case subject to further orders of this Court.

DATED: July 9, 2015                THOMAS VOGELE & ASSOCIATES, APC


By: /s/ Thomas Vogele
    Thomas A. Vogele
    Brendan M. Loper
Attorneys for debtor-in-possession Santa Cruz
Berry Farming Company, LLC

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 15-51771 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3199 Airport Loop Drive, Suite A3, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_7/9/2015_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- United States Trustee (SJ) USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
- Thomas A Vogele on behalf of Debtor tvogele@tvalaw.com
- Effie F. Anastassiou on behalf of Creditor California Coastal Rural Development Corp. and K&M Enterprises, LLC effieesq@salinasaglaw.com; paralegal@salinasaglaw.com
- Joseph M. Welch on behalf of creditor Tom Lange jwelch@buchalter.com; dcyrankowski@buchalter.com
- William Brody on behalf of creditor Tom Lange wbrody@buchalter.com
- Thomas J. Polis on behalf of Debtor Santa Cruz Berry Farming Company, LLC tom@polis-law.com, paralegal@polis-law.com
- Michael A. Sweet on behalf of Creditor Committee Official Committee of Unsecured Creditors msweet@foxrothschild.com, mflores@foxrothschild.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **_7/9/2015_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_7/9/2015_**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010      **F 9013-3.1.PROOF.SERVICE**

Case: 15-51771   Doc# 88   Filed: 07/09/15   Entered: 07/09/15 16:05:05   Page 3 of 5

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 15-51771 |

7/9/15                                                              /s/ Angela Brown

**VIA OVERNITE EXPRESS**
Judge M. Elaine Hammond
United States Bankruptcy Court
Northern District of California
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

**VIA EMAIL**
Armando Ramirez
287 Carsserly Road
Watsonville, CA 95076
E: aramirez@santacruzberry.com

EDD
Bay Area Collection Office
7677 Oakport Street, Suite 400
Oakland, CA 94621-1933
E: itcdbg@edd.ca.gov

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952
E: BKBNCNotices@ftb.ca.gov

Norcal Nursery
PO BOX 1012
Red Bluff, CA 96080
E: krisb@sakumabros.com

Internal Revenue Service
Department of the Treasury
Ogden, UT 04201-0005
E: cio.bncmail@irs.gov

Kanaka Peak Service
Attn: Beth Crandall
PO BOX 1287
Watsonville, CA 95077
E: bethcrandall@att.net

Del Mar Foods
1720 Beach Rd
Watsonville CA 95076
E: courts@tkdougherty.com, angelal@montereylaw.com

CCOF Certification Services, LLC
2155 Delaware Avenue, Suite 150
Santa Cruz, CA 95060
E: bcoltrin@ccof.org

Cedar Point Nursery
PO BOX 1447
Klamath Falls, OR 97601
E: cpaulsen@cedarpointnursery.net

NABTA USA International, Inc.
6955 Barton Road
Granite Bay, CA 95746
E: george@nabta.com

**VIA US MAIL**
UNITED STATES TRUSTEE (SJ)
80 S 1st St #268
San Jose, CA 95113

Cypress Ag Consulting
PO BOX 3597
Freedom, CA 95019

Famous Software
8080 North Palm Ave., Suite 210
Fresno, CA 93711

Fenton & Keller
PO BOX 791
Monterey, CA 93942

Nationwide Agribusiness Ins.
c/o McSherry & Hudson
PO BOX 2690
Watsonville, CA 95077

Pacific Gas and Electric Company

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                              **F 9013-3.1.PROOF.SERVICE**

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 15-51771 |

PO BOX 8329
Stockton, CA 95208

Pajaro Valley Water Management
36 Brennan St
Watsonville, CA 95076

RDO Water, LLC
10108 Riverford Road
Lakeside, CA 92040

Richard Jon Gurnee, Switzer Trust,
Etheleen Callender Trust
724 Brewington Avenue
Watsonville, CA 95076

Wendal Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  F 9013-3.1.PROOF.SERVICE

Case: 15-51771   Doc# 88   Filed: 07/09/15   Entered: 07/09/15 16:05:05   Page 5 of 5