In re: SANTA CRUZ BERRY FARMING COMPANY, LLC

Case No. 15-51771

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 7/31/15     PETITION DATE: 05/25/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1,125,920

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $5,151,026 | $5,108,652 | |
| b. Total Assets | $5,152,014 | $5,108,654 | $5,618,800 |
| c. Current Liabilities | $288,099 | $291,598 | |
| d. Total Liabilities | $1,882,005 | $1,885,504 | $1,615,556 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $918,843 | $633,696 | $1,552,539 |
| b. Total Disbursements | $994,854 | $575,606 | $1,570,460 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($76,011) | $58,090 | ($17,921) |
| d. Cash Balance Beginning of Month | $58,090 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | ($17,921) | $58,090 | ($17,921) |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $248,769 | $457,788 | $706,557 |
| 5. Account Receivables (Pre and Post Petition) | $1,036,926 | $354,614 | |
| 6. Post-Petition Liabilities | $288,099 | $291,598 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $63,040 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 8/24/15

Responsible Individual     Robert Fritz Koontz

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 7/31/15

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $1,410,737 | $1,011,400 | $399,337 | 1 | Gross Sales | $2,399,047 | $1,871,400 |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $1,410,737 | $1,011,400 | $399,337 | 3 | Net Sales | $2,399,047 | $1,871,400 |
| $1,034,206 | $784,338 | ($249,868) | 4 | less: Cost of Goods Sold (Schedule 'B') | $1,578,546 | $999,984 |
| $376,532 | $227,062 | $149,470 | 5 | Gross Profit | $820,502 | $871,416 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $376,532 | $227,062 | $149,470 | 10 | **Total Revenues** | $820,502 | $871,416 |
| | | | | **Expenses:** | | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | 0 | $0 |
| $41,437 | $31,975 | ($9,462) | 12 | Salaries | $68,752 | $31,795 |
| $0 | $0 | $0 | 13 | Commissions (Included in COGS) | $0 | $0 |
| $0 | $0 | $0 | 14 | Contract Labor (Included in COGS) | $0 | $0 |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | $0 | $0 |
| $5,020 | $6,940 | $1,920 | 16 | Real Property (Land lease included in COGS) | $0 | $6,940 |
| $30,479 | $27,215 | ($3,264) | 17 | Insurance | $30,479 | $27,215 |
| $0 | $0 | $0 | 18 | Management Fees | | |
| $0 | $0 | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| $3,305 | $0 | ($3,305) | 20 | Employer Payroll Taxes | $70,488 | $73,864 |
| $0 | $0 | $0 | 21 | Real Property Taxes | $0 | |
| $0 | $0 | $0 | 22 | Other Taxes | $0 | |
| $0 | $0 | $0 | 23 | Other Selling | $0 | |
| $0 | $0 | $0 | 24 | Other Administrative | $0 | |
| $353 | $0 | ($353) | 25 | Interest | $0 | |
| $0 | $0 | $0 | 26 | Other Expenses: Consulting (PCA) | $3,520 | $0 |
| $4,622 | $2,877 | ($1,745) | 27 | Telephone | $8,786 | $2,877 |
| $1,111 | $2,000 | $889 | 28 | Office Expense | $1,571 | $2,000 |
| $6,554 | $3,034 | ($3,520) | 29 | Computer Expense | $6,554 | $3,034 |
| $211 | $300 | $89 | 30 | Bank Charges | $529 | |
| $0 | $383 | $383 | 31 | Dues & Subscriptions | $0 | |
| $49 | $0 | ($49) | 32 | Postage | $49 | $0 |
| $0 | $2,000 | $2,000 | 33 | Miscellaneous Expense | $0 | $2,300 |
| | | $0 | 34 | | | |
| $93,141 | $76,724 | ($16,417) | 35 | **Total Expenses** | $190,728 | $150,025 |
| $283,391 | $150,338 | $133,053 | 36 | **Subtotal** | $629,774 | $721,391 |
| | | | | **Reorganization Items:** | | |
| $34,622 | $0 | ($34,622) | 37 | Professional Fees | $151,401 | $30,000 |
| $0 | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | | $0 |
| $0 | $0 | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | $0 |
| $0 | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | | $0 |
| $0 | $9,750 | $9,750 | 41 | U.S. Trustee Quarterly Fees | $4,875 | $0 |
| | | $0 | 42 | | | |
| $34,622 | $9,750 | $24,872 | 43 | **Total Reorganization Items** | $156,276 | $30,000 |
| $248,769 | $140,588 | $108,181 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $711,432 | $691,391 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $248,769 | $140,588 | $108,181 | 46 | **Net Profit (Loss)** | $711,432 | $691,391 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**     7/31/15

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $29,095 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $1,036,926 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: Cash in crop (net of July sales) | | $4,085,005 |
| 8 | | | |
| 9 | **Total Current Assets** | | $5,151,026 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $986 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $986 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Litigation claims against Tom Lange Company Int'l | | $1 |
| 25 | Litigation claims against other entities | | $1 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $2 |
| 29 | **Total Assets** | | $5,152,014 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | $94,828 |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $161,583 |
| 37 | Real property lease arrearage | | | $31,687 |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $288,099 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $288,099 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $248,000 |
| 48 | Priority unsecured claims | F | | $135,925 |
| 49 | General unsecured claims | F | | $1,209,981 |
| 50 | **Total Pre-Petition Liabilities** | | | $1,593,906 |
| 51 | **Total Liabilities** | | | $1,882,005 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $1,300,810 |
| 53 | Capital Stock | $31,125 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | $715,449 |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment (implied profit fromcrop) | $1,222,626 |
| 59 | **Total Equity (Deficit)** | $3,270,010 |
| 60 | **Total Liabilities and Equity (Deficit)** | $5,152,014 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $914,779 | $161,583 | |
| 31-60 Days | $10,580 | | |
| 61-90 Days | $111,567 | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $1,036,926 | $161,583 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $1,036,926 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
|   Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
|   Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
|   Raw Materials | | | |
|   Work-in-progress | | Less - | |
|   Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____ No _____

How often do you take a complete physical inventory?

- Weekly _____
- Monthly _____
- Quarterly _____
- Semi-annually _____
- Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
- FIFO cost _____
- LIFO cost _____
- Lower of cost or market _____
- Retail method _____
- Other _____
  - Explain

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Computers, software, office equipment (net of depreciation) | | $986 |
| Total | $0 | $986 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $4,025 | $59,976 | | | $64,000 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $4,025 | $59,976 | $0 | $0 | $64,000 |
| **State and Local** | | | | | |
| Income Tax Withholding | $27,764 | $3,064 | | | $30,828 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $27,764 | $3,064 | $0 | $0 | $30,828 |
| **Total Taxes** | $31,789 | $63,040 | $0 | $0 | $94,828 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $2,544,325 | $248,000 |
| Priority claims other than taxes | | |
| Priority tax claims | $135,925 | $135,925 |
| General unsecured claims | $1,209,981 | $1,209,981 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Rabobank | Rabobank | | |
| Account Type | Checking | Checking | | |
| Account No. | xxxx42051 | xxxx31873 | | |
| Account Purpose | General | Payroll | | |
| Balance, End of Month | $56,469 | ($27,374) | | |
| Total Funds on Hand for all Accounts | $29,095 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 07/31/15

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $918,843 | $1,552,539 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $918,843 | $1,552,539 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 0 | |
| 14 | Selling | $12,959 | $16,783 |
| 15 | Administrative | $34,300 | $42,012 |
| 16 | Capital Expenditures | $0 | |
| 17 | Principal Payments on Debt | $0 | |
| 18 | Interest Paid | $353 | $353 |
| | Rent/Lease: | | |
| 19 |    Personal Property | $0 | |
| 20 |    Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |    Salaries | $0 | |
| 22 |    Draws | $0 | |
| 23 |    Commissions/Royalties | $0 | |
| 24 |    Expense Reimbursements | $0 | |
| 25 |    Other | $0 | |
| 26 | Salaries/Commissions (less employee withholding) | $560,207 | $970,366 |
| 27 | Management Fees | $0 | |
| | Taxes: | | |
| 28 |    Employee Withholding | | |
| 29 |    Employer Payroll Taxes | $57,579 | $57,617 |
| 30 |    Real Property Taxes | | |
| 31 |    Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 |    Cooling Costs | $13,531 | $15,898 |
| 34 |    Tectrol, Peak Fresh and Recorder Costs | $2,831 | $4,328 |
| 35 |    Packaging Materials | $142,740 | $192,939 |
| 36 |    Direct Crop Costs | $79,257 | $168,132 |
| 37 |    Outside Farm Services (Weeding) | $91,098 | $102,033 |
| 38 | **Total Cash Disbursements:** | $994,854 | $1,570,460 |
| 39 | **Net Increase (Decrease) in Cash** | ($76,011) | ($17,921) |
| 40 | **Cash Balance, Beginning of Period** | | |
| 41 | **Cash Balance, End of Period** | ($76,011) | ($17,921) |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 7/31/15

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $918,843 | $1,552,539 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | $12,959 | $16,783 |
| 6 | Cash Paid for Administrative Expenses | $34,300 | $42,012 |
| | Cash Paid for Rents/Leases: | | |
| 7 |     Personal Property | | |
| 8 |     Real Property | | |
| 9 | Cash Paid for Interest | $353 | $353 |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |     Salaries | $0 | |
| 12 |     Draws | $0 | |
| 13 |     Commissions/Royalties | $0 | |
| 14 |     Expense Reimbursements | $0 | |
| 15 |     Other | $0 | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |     Employer Payroll Tax | $57,579 | $57,617 |
| 17 |     Employee Withholdings | | |
| 18 |     Real Property Taxes | | |
| 19 |     Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Salaries & Wages | $560,207 | $970,366 |
| 22 | Cooling Costs | $13,531 | $15,898 |
| 23 | Tectrol, Peak Fresh & Recorder Costs | $2,831 | $4,328 |
| 24 | Packaging Materials | $142,740 | $192,939 |
| 25 | Direct Crop Costs | $79,257 | $168,132 |
| 26 | Outside Farm Services (Weeding) | $91,098 | $102,033 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($76,012) | ($17,922) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | $0 | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $0 |
| 30 | U.S. Trustee Quarterly Fees | $0 | $0 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($76,012) | ($17,922) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | $0 | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | $0 | $0 |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | $0 | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 40 | Capital Contributions | $0 | $0 |
| 41 | Principal Payments | $0 | $0 |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($76,012) | ($17,922) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | | |
| 46 | **Cash and Cash Equivalents at End of Month** | ($76,012) | ($17,922) |

Case: 15-51771   Doc# 123   Filed: 08/25/15   Entered: 08/25/15 11:39:02   Page 9 of 12

Revised 1/1/98

# Santa Cruz Berry Farming Company, LLC
U.S. Bankruptcy Case 15-51771
Income Statement for the Month of July - Cash/Accrual/Budget

|  | July 2015 Cash Basis | July 2015 Accrual Basis | July 2015 Budget | Variance |
|---|---:|---:|---:|---:|
| Revenues |  |  |  |  |
| Conventional Juice | 51,503.06 |  |  | #DIV/0! |
| Organic Juice | 80,383.32 |  |  | #DIV/0! |
| Conventional Fresh Fruit | 318,696.02 |  |  | #DIV/0! |
| Organic Fresh Fruit | 130,321.60 |  |  | #DIV/0! |
| Conventional Freezer | 32,975.81 |  |  | #DIV/0! |
| Organic Freezer | 301,265.37 |  |  | #DIV/0! |
| Recorder Revenue | 50.00 |  |  | #DIV/0! |
| Peak Fresh Revenue | 2,816.00 |  |  | #DIV/0! |
| Tectrol Revenue | 832.00 |  |  | #DIV/0! |
| Miscellaneous Income | - |  |  | #DIV/0! |
| Total Revenues | 918,843.18 | 1,410,737.49 | 1,011,400.00 | 139% |
|  |  |  |  |  |
| Direct Costs |  |  |  |  |
| Commissions | 12,958.60 | 39,172.00 | 45,000.00 | 87% |
| Cooling Cost | 13,530.66 | 26,184.04 | 38,700.00 | 68% |
| Recorder Cost | 118.50 | 118.50 | - | #DIV/0! |
| Peak Fresh Cost | 1,432.00 | 1,432.00 | - | #DIV/0! |
| Tectrol Cost | 1,280.00 | 1,280.00 | - | #DIV/0! |
| Packaging Cost | 142,739.75 | 142,739.75 | 54,000.00 | 264% |
| Total Direct Cost | 172,059.51 | 210,926.29 | 137,700.00 | 153% |
|  |  |  |  |  |
| Farming Expenses |  |  |  |  |
| Truck & Auto Expense | 1,650.86 | 1,921.86 | 1,047.00 | 184% |
| Farm Supplies | 12,940.27 | 12,940.27 | 1,500.00 | 863% |
| Disposal Fees | 5,297.40 | 7,945.08 | - | #DIV/0! |
| Fertilizer Expense | 11,927.04 | 11,927.04 | 15,000.00 | 80% |
| Fuel Expense | 10,236.45 | 10,236.45 | 20,000.00 | 51% |
| Licenses & Permits | 9,374.00 | 9,859.00 | 3,900.00 | 253% |
| Chemicals Expense' | 22,907.66 | 22,907.66 | 39,660.00 | 58% |
| Outside Labor Services | 91,097.92 | 101,603.27 | - | #DIV/0! |
| Irrigation Expense | - | - | 16,000.00 | 0% |
| Organic Pest Control | - | - | 7,000.00 | 0% |
| Land Lease Expense | - | 26,667.00 | 26,667.00 | 100% |
| Equipment Lease Expense | - | 2,885.76 | 20,000.00 | 14% |
| Repairs & Maintenance | 3,786.45 | 3,806.45 | 12,500.00 | 30% |
| Ranch Payroll Expense | 518,769.75 | 518,769.75 | 420,900.00 | 123% |
| Payroll Tax Expense | 54,274.01 | 82,038.32 | 51,687.00 | 159% |
| Sanitation | - | - | 5,132.00 | 0% |
| Utilities | 1,137.00 | 9,771.44 | 5,645.00 | 173% |
| Total Farming Expense | 743,398.81 | 823,279.35 | 646,638.00 | 127% |
|  |  |  |  |  |
| Gross Profit | 3,384.86 | 376,531.85 | 227,062.00 | 166% |

# Santa Cruz Berry Farming Company, LLC
U.S. Bankruptcy Case 15-51771
Income Statement for the Month of July - Cash/Accrual/Budget

| Office/Administrative Expense | | | | |
|---|---:|---:|---:|---:|
| Bank Charges | 211.00 | 211.00 | 300.00 | 70% |
| Computer Expense | 6,553.91 | 6,553.91 | 3,034.00 | 216% |
| Consulting (PCA) | - | - | - | #DIV/0! |
| Dues & Subscriptions | - | - | 383.00 | 0% |
| Insurance | 22,607.03 | 30,478.63 | 27,215.00 | 112% |
| Interest/Finance Charges | 352.61 | 352.61 | - | #DIV/0! |
| Office Expense | 1,033.38 | 1,110.91 | 2,000.00 | 56% |
| Postage | 49.00 | 49.00 | - | #DIV/0! |
| Office/Storage Lease Expense | - | 5,020.07 | 6,940.00 | 72% |
| Office Payroll Expense | 41,437.30 | 41,437.30 | 31,975.00 | 130% |
| Payroll Tax Expense | 3,305.46 | 3,305.46 | - | #DIV/0! |
| Telephone | 3,196.09 | 4,621.95 | 2,877.00 | 161% |
| US Trustee Fees | 650.00 | 650.00 | 9,750.00 | 7% |
| Miscellaneous Expense | - | - | 2,000.00 | 0% |
| Total Office/Admin Expense | 79,395.78 | 93,790.84 | 86,474.00 | 108% |
| | | | | |
| Net Income | (76,010.92) | 282,741.01 | 140,588.00 | 201% |

Notes to Report

[1] Packaging costs exceeded budget percentage because of increased cost ($1.60 v. $.60) from suppliers.
[2] Ranch payroll and taxes reflected increased quantity picked (1.7M pounds vs. 865,000 budgeted).
[3] Outside labor used to do weeding and runner cutting to maximize yield.

# Santa Cruz Berry Farming Comnpany, LLC
U.S. Bankruptcy Case No. 15-51771
Payable Ledger as of July 31, 2015

| Trade Vendors | Invoice # | Invoice Date | Description | Amount |
|---|---|---|---|---:|
| CSC of Salinas | 000468504 | 5/26/15 | #1239 | 76.89 |
| CSC of Salinas | 000468690 | 5/27/15 | #1239 | 133.11 |
| CSC of Salinas | 000468693 | 5/27/15 | #1239 CREDIT | (76.89) |
| CSC of Salinas | 000469172 | 5/29/15 | #1239 | 79.30 |
| Thomas Vogele Assoc., APC | 5491 | 5/31/15 | case#15-51771 | 46,216.79 |
| Thomas Vogele Assoc., APC | 5587 | 6/30/15 | case#15-51771 | 70,562.22 |
| Verizon Wireless | JUN 15-2 | 6/7/15 | #771717066-00002 | 248.00 |
| Verizon Wireless | JUN 15-3 | 6/7/15 | #771717066-00003 | 588.92 |
| Verizon Wireless | JUN 15-4 | 6/7/15 | #771717066-00004 | 588.94 |
| Pajaro Valley Water Mgt. | 06/10/15 | 6/10/15 | #023850 | 204.09 |
| Duran Sales, Inc. | 26887 | 6/16/15 | cooling 6/11/15 | 82.08 |
| Duran Sales, Inc. | 27167 | 7/28/15 | Cooling 7/20-7/26/15 | 12,571.30 |
| DMV RENEWAL | 7X49083-15 | 6/18/15 | LIC#7X49083 (smog req'd) | 271.00 |
| Anthem Blue Cross | JUL 15 | 7/1/15 | grp#265168 7/01-8/01/15 | 7,871.60 |
| Waste Management | 06/01/15 | 6/1/15 | #530-0041892 | 961.91 |
| Waste Management | 06/01/15 | 6/1/15 | 530-0040002 | 268.83 |
| Waste Management | 05/25/15 | 6/25/15 | #530-0041892 | 186.18 |
| Waste Management | 07/01/15 | 7/1/15 | #530-0040002 | 268.83 |
| Waste Management | 07/01/15 | 7/1/15 | #530-0041892 | 961.91 |
| Western Growers | 1000076857 | 7/7/15 | ASSOC DUES | 400.00 |
| PG&E | 07/13/15 | 7/13/15 | #4793026126-9 5/26-7/13/15 | 8,296.36 |
| PG&E | 07/13/15 | 7/13/15 | #6881404547-9 | 71.35 |
| PG&E | 07/22/15 | 7/22/15 | #3897226269-5 | 62.64 |
| California Tire Mobile Service | 20579 | 7/23/15 | Tires Service | 20.00 |
| FMG Farm Contractor Inc | 656 | 7/27/15 | wk: 7/25/15 | 10,505.35 |
| Soil Control Lab | 5070602 | 7/27/15 | Water Control Test | 85.00 |
| Taylor's Office City | 290839 | 7/28/15 | Office Supplies | 77.53 |
| **Total Vendor Payables** | | | | **161,583.24** |

### Payroll Taxes

| | | | | |
|---|---|---|---|---:|
| Employment Dev. Dept. | 05/30/15 | 5/30/15 | PR W/ending 5/24/2015 | 3,063.66 |
| Employment Dev. Dept. | 07/31/15 | 7/31/15 | 002-0884-3 July 2015 | 27,764.31 |
| Internal Revenue Service | 05/30/15 | 5/30/15 | #27-2916747 W/ending 5/24/15 | 14,324.08 |
| Internal Revenue Service | 06/06/15 | 6/6/15 | #27-2916747 W/ending 5/31/15 | 12,861.82 |
| Internal Revenue Service | 06/13/15 | 6/13/15 | #27-2916747 W/ending 6/7/15 | 14,990.90 |
| Internal Revenue Service | 06/20/15 | 6/20/15 | #27-2916747 Form 943 | 17,799.04 |
| Internal Revenue Service | 06/20/15 | 6/20/15 | #27-2916747 Form 941 | 1,154.08 |
| Internal Revenue Service | 06/30/15 | 6/30/15 | #27-2916747 2ND qtr FUTA | 2,870.55 |
| **Total Payroll Tax Payable** | | | | **94,828.44** |

**Total Post-Petition Payables**     **256,411.68**