Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Special Litigation Counsel for Debtors,
Santa Cruz Berry Farming Company, LLC and Corralitos Farms, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Santa Cruz Berry Farming Company, LLC,<br><br>_____ Debtor.<br><br>Affects:<br><br>☐ All Debtors<br>☒ Santa Cruz Berry Farming Company, LLC | Case No. 5:15-bk-51771<br><br>Jointly Administered with: 5:15-bk-51772, In re Corralitos Farms, LLC<br><br>Chapter 11<br><br>**DEBTOR/DEBTOR-IN-POSSESSION SANTA CRUZ BERRY FARMING COMPANY, LLC'S OPPOSITION AND REQUEST FOR HEARING RE EMPLOYMENT OF CORPORATE RECOVERY ASSOCIATES, LLC (ECF NO. 119) AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**Filed and Served Concurrently Herewith:**<br><br>1. Memorandum of Points and Authorities;<br>2. Notice of Hearing; and<br>3. Certificate of Service.<br><br>**Hearing:**<br>Date: September 17, 2015<br>Time: 10:30 a.m.<br>Judge/ Hon. M. Elaine Hammond<br>Place: U.S. Courthouse<br>280 South First Street<br>Courtroom 3020<br>San Jose, CA 95113 |

///

///

OppEmpl090115.wpd
Case: 15-51771   Doc# 126   Filed: 09/01/15   Entered: 09/01/15 17:33:02   Page 1 of 2
1

1 | Debtor and Debtor-In-Possession, Santa Cruz Berry Farming Company, LLC ("SC Berry" or "Debtor") submits the following *Opposition to the Employment of Corporate Recovery Associates, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors* (ECF No. 119).

1. Despite various requests by Debtor's counsel to Committee's counsel of an exact detailed list of duties Corporate Recovery Associates, LLC ("CRA") and its principals will provide it has not been provided, thus providing further proof that <u>presently</u> the Committee's intent to retain a financial advisor is neither necessary nor beneficial to the Debtor's bankruptcy estate;

2. Presently, the Committee's intent to add more administrative expense to the Debtor's bankruptcy cases without a specific detailed list of duties to be provided by the Applicant, along with the present set of "checks and balances" already that exists in this case (i.e. the overnight and daily financial reporting requirements compelled for under the *Cash Collateral Stipulation*), clearly shows that the present posture of the Debtor's bankruptcy case does not call for the added administrative expense of the Committee retaining a financial advisor for a relatively small Chapter 11 case that presently has sufficient financial oversight in place.

**DATED: September 1, 2015**  **POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**

By: **/s/ Thomas J. Polis**
**Thomas J. Polis, Esq.**
**Special Litigation Counsel for Debtors, Santa Cruz Berry Farming Company, LLC and Corralitos Farms, LLC**