Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Special Litigation Counsel for Debtors,
Santa Cruz Berry Farming Company, LLC and Corralitos Farms, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **In re** ) | **Case No. 5:15-bk-51771** |
| ) | |
| **Santa Cruz Berry Farming** ) **Company, LLC,** ) | **Jointly Administered with: 5:15-bk-51772, In re Corralitos Farms, LLC** |
| ) | |
| **Debtor.** ) | **Chapter 11** |
| ) | |
| **Affects:** ) | **DEBTOR/DEBTOR-IN-POSSESSION SANTA CRUZ BERRY FARMING COMPANY, LLC'S NOTICE OF HEARING RE EMPLOYMENT OF CORPORATE RECOVERY ASSOCIATES, LLC (ECF NO. 119) AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| ☐ **All Debtors** ) ☒ **Santa Cruz Berry Farming** ) **Company, LLC** ) | |
| ) | |
| ) | **Filed and Served Concurrently Herewith:** |
| ) | |
| ) | **1. Opposition to Employment Application of Corporate Recovery Associates;** |
| ) | **2. Memorandum of Points and Authorities; and** |
| ) | **3. Certificate of Service.** |
| ) | |
| ) | **Hearing:** |
| ) | **Date: September 17, 2015** |
| ) | **Time: 10:30 a.m.** |
| ) | **Judge/ Hon. M. Elaine Hammond** |
| ) | **Place: U.S. Courthouse** |
| ) | **280 South First Street** |
| ) | **Courtroom 3020** |
| ) | **San Jose, CA 95113** |

///

///

1  TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE;

2  THE OFFICE OF THE UNITED STATES TRUSTEE – SAN JOSE DIVISION; AND ALL

3  OTHER PARTIES ENTITLED TO NOTICE:

4       PLEASE TAKE NOTICE that on **September 17, 2015 at 10:30 a.m.**, in the Courtroom

5  of the Honorable M. Elaine Hammond, United States Bankruptcy Judge, located at 280 South

6  First Street, Courtroom 3020, San Jose, California, a hearing will be held to consider the Official

7  Committee's *Application of Employment of Corporate Recovery Associates, LLC (ECF No.*

8  *119) as Financial Advisor to the Official Committee of Unsecured Creditors* (*"Employment*

9  *Application"*).  By this *Opposition to Employment Application*, the Debtor request the Court to

10 deny or severally limit the Committee's proposed Employment of Corporate Recovery

11 Associates, LLC.

12      **PLEASE TAKE NOTICE** that pursuant to LBR 9014-1(f)(1)(B), responsive pleading, if

13 any, shall be in writing and shall be served and filed with the Court by the responding party at

14 least fourteen (14) days preceding the date or continued date of the hearing.  *Opposition* shall

15 be accompanied by evidence establishing its factual allegations.

16

17 DATED: September 1, 2015         **POLIS & ASSOCIATES**
                                    **A PROFESSIONAL LAW CORPORATION**
18

19                                 **By:    /s/ Thomas J. Polis**
                                    **Thomas J. Polis, Esq.**
20                                  **Special Litigation Counsel for Debtors, Santa Cruz**
                                    **Berry Farming Company, LLC and Corralitos Farms,**
21                                  **LLC**

22

23

24

25

26

27

28