Michael A. Sweet (Bar No. 184345)
msweet@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

The following constitutes
the order of the court. Signed January 28, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Former Counsel to the [Now Disbanded] Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SANTA CRUZ BERRY FARMING COMPANY, LLC,<br><br>    Debtor-in-Possession.<br><br>___ Also affects:<br>___ Only Affects:<br><br>CORRALITOS FARMS, LLC,<br><br>    Debtor-in-Possession. | Case No. 15-51771-MEH<br>Chapter 11<br><br>    Jointly Administered with<br>    No. 15-51772<br><br>Judge: Hon. M. Elaine Hammond<br>Date: January 27, 2016<br>Time: 10:30 a.m.<br>Place: 280 South First Street,<br>    Courtroom 3020<br>    San Jose, CA 95113 |

**ORDER GRANTING FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR FOX ROTHSCHILD LLP AS COUNSEL TO THE NOW DISBANDED
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DEBTOR SANTA
CRUZ BERRY FARMING COMPANY, LLC**

On January 27, 2016, a hearing was held on the First and Final Application for Compensation and Reimbursement of Expenses (the "Fox Application") of Fox Rothschild LLP ("Fox," "counsel," or "Applicant"), former counsel for the Now Disbanded Official Committee of Unsecured Creditors (the "Committee") of debtor Santa Cruz Berry Farming Company, LLC. Based

upon the Court's review of the Fox Application and the supporting exhibits, the absence of any timely filed opposition to the Fox Application, and it appearing that notice has been given under applicable rules, and good cause appearing therefore;

IT IS HEREBY ORDERED that:

The Fox Application is approved, and fees in the amount of $116,375.50 and expenses in the amount of $1,091.63 are allowed to Fox for the period from June 10, 2015, through December 30, 2015. The Debtor is authorized to pay Fox the amount of $117,467.13.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST

ECF Participants