Michael A. Sweet (Bar No. 184345)
msweet@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436

Former Counsel to the [Now Disbanded] Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SANTA CRUZ BERRY FARMING COMPANY, LLC,<br><br>                    Debtor-in-Possession. | Case No. 15-51771-MEH<br>Chapter 11<br><br>    Jointly Administered with<br>    No. 15-51772 |
| __Also affects:<br>__Only Affects:<br><br>CORRALITOS FARMS, LLC,<br><br>                    Debtor-in-Possession. | No Hearing Required |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER § 503(4)**

Fox Rothschild LLP ("Fox," or "Applicant"), former counsel for the Now Disbanded Official Committee of Unsecured Creditors (the "Committee") of debtor Santa Cruz Berry Farming Company, LLC, pursuant to this Court's Order Granting Debtor's Motion to Fix Bar Date for Filing Applications Seeking Administrative Expenses and to Designate Form and Manner of Notice of Bar Date [Docket No. 366] (the "Bar Date Order"), hereby seeks entry of an order for allowance and payment of Fox's administrative expense claim in the amount of One Hundred Seventeen Thousand

Four Hundred Sixty-Seven and 13/100 ($117,467.13) pursuant to 11 U.S.C. § 503(4). In support of this Application, Fox states as follows:

## I.

## STATEMENT OF FACTS

1. This case was commenced on May 25, 2015 (the "Petition Date").

2. The Official Committee of Unsecured Creditors was formed on June 9, 2015 and until disbanded by the United States Trustee consisted of Cedar Point Nursery, FMG Farm Contracting, Inc., Sambrailo Packaging, Quiedan and Sturdy Oil Company. The Committee engaged Fox to represent it in this case. On June 25, 2015, the Court entered its Order Approving the Employment of Fox Rothschild LLP as Counsel for the Committee *Nunc Pro Tunc* to June 10, 2015 [Docket No. 80].

3. On November 9, 2015 the United States Trustee disbanded the Committee.

4. On November 24, 2015 the Court entered an order terminating the employment of Applicant as Counsel to the Committee effective upon the Committee's dissolution and permitting Counsel to file its final fee application.

5. On December 30, 2015, Fox filed its First and Final Application for Compensation and Reimbursement of Expenses for Fox Rothschild LLP as Counsel to the Now Disbanded Official Committee of Unsecured Creditors of Debtor Santa Cruz Berry Farming Company, LLC [Docket No. 299].

6. The Fox fees and expenses have been approved. On January 28, 2016, the Court entered its Order Granting First and Final Application for Compensation and Reimbursement of Expenses for Fox Rothschild LLP as Counsel to the Now Disbanded Official Committee of Unsecured Creditors of Debtor Santa Cruz Berry Farming Company, LLC [Docket No. 312] (the "Order"). A true and correct copy of the Order is attached hereto as **Exhibit 1**.

7. Fox believes that the order on its fees and expenses is sufficient to support its administrative claim. However, in an abundance of caution, and in light of the order setting the Administrative bar date and the notice requiring the filing of applications for administrative claims, Fox seeks entry of an order for allowance and payment of its administrative expense claim in the

amount of One Hundred Seventeen Thousand Four Hundred Sixty-Seven and 13/100 ($117,467.13).

## II.

## LEGAL ANALYSIS

Section 503(4) provides that:

> "reasonable compensation for professional services rendered by an attorney or an accountant of an entity whose expense is allowable under subparagraph (A), (B), (C), (D), or (E) of paragraph (3) of this subsection, based on the time, the nature, the extent, and the value of such services, and the cost of comparable services other than in a case under this title, and reimbursement for actual, necessary expenses incurred by such attorney or accountant;

11 U.S.C. §503(4).

## III.

## CONCLUSION

WHEREFORE, Fox respectfully requests the entry of an order allowing its administrative expense claim under Section 503(4) in the amount of One Hundred Seventeen Thousand Four Hundred Sixty-Seven and 13/100 ($117,467.13), directing the Debtor to pay said claim forthwith, and granting such other and further relief as this Court may deem just and proper.

Dated this 6th day of May 2016.

**FOX ROTHSCHILD LLP**

By _/S/ Michael A. Sweet_
   MICHAEL A. SWEET
*Former Counsel for the Now Disbanded Official Committee of Unsecured Creditors*

# EXHIBIT 1

1 Michael A. Sweet (Bar No. 184345)
msweet@foxrothschild.com
2 **FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
3 San Francisco, CA 94104
4 Telephone: (415) 364-5540
Facsimile: (415) 391-4436
5
6 Former Counsel to the [Now Disbanded] Official
Committee of Unsecured Creditors

The following constitutes
the order of the court. Signed January 28, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SANTA CRUZ BERRY FARMING COMPANY, LLC,<br><br>Debtor-in-Possession. | Case No. 15-51771-MEH<br>Chapter 11<br><br>Jointly Administered with<br>No. 15-51772 |
| __Also affects:<br>__Only Affects:<br><br>CORRALITOS FARMS, LLC,<br><br>Debtor-in-Possession. | Judge: Hon. M. Elaine Hammond<br>Date: January 27, 2016<br>Time: 10:30 a.m.<br>Place: 280 South First Street,<br>Courtroom 3020<br>San Jose, CA 95113 |

**ORDER GRANTING FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR FOX ROTHSCHILD LLP AS COUNSEL TO THE NOW DISBANDED
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DEBTOR SANTA
CRUZ BERRY FARMING COMPANY, LLC**

On January 27, 2016, a hearing was held on the First and Final Application for Compensation and Reimbursement of Expenses (the "Fox Application") of Fox Rothschild LLP ("Fox," "counsel," or "Applicant"), former counsel for the Now Disbanded Official Committee of Unsecured Creditors (the "Committee") of debtor Santa Cruz Berry Farming Company, LLC. Based

upon the Court's review of the Fox Application and the supporting exhibits, the absence of any timely filed opposition to the Fox Application, and it appearing that notice has been given under applicable rules, and good cause appearing therefore;

IT IS HEREBY ORDERED that:

The Fox Application is approved, and fees in the amount of $116,375.50 and expenses in the amount of $1,091.63 are allowed to Fox for the period from June 10, 2015, through December 30, 2015.  The Debtor is authorized to pay Fox the amount of $117,467.13.

IT IS SO ORDERED.

**END OF ORDER**

| | |
|---|---|
| 1 | |
| 2 | COURT SERVICE LIST |
| 3 | |
| 4 | |
| 5 | ECF Participants |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as ***APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER § 503(4)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***May 6, 2016***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Effie F. Anastassiou    effieesq@salinasaglaw.com, paralegal@salinasaglaw.com
- Dale L. Bratton    Brattonlaw@comcast.net
- William S. Brody    wbrody@buchalter.com, dbodkin@buchalter.com
- Rebecca A. Caley    rcaley@caleylaw.com
- Barbara Choi    BChoi@abc-law.com, JPasquini@abc-law.com
- Cecily A. Dumas    cecily.dumas@pillsburylaw.com
- Donald T. Dunning    ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Ralph P. Guenther    courts@tkdougherty.com, angelal@montereylaw.com
- Brian R. Hayag    brian.hayag@pillsburylaw.com
- Toriana Holmes    tsh@severson.com
- Thomas P. House    tomhouse@attorneyhouse.com
- John H. Kim    jkim@cookseylaw.com
- Steven Koch    smk@tularecountylaw.com
- Susan B. Luce    sbluceatty@yahoo.com
- Austin P. Nagel    melissa@apnagellaw.com
- Jerry Namba    nambaepiq@earthlink.net, jnambaepiq@earthlink.net
- Henry B. Niles    hbniles@hbniles.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
- Thomas J. Polis    tom@polis-law.com, paralegal@polis-law.com
- Anne K. Secker    asecker@nheh.com
- Michael A. Sweet    msweet@foxrothschild.com, pchlum@foxrothschild.com
- Thomas A. Vogele    tvogele@tvalaw.com, abrown@tvalaw.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

ACTIVE 40319235v1 05/06/2016

Case: 15-51771    Doc# 371    Filed: 05/06/16    Entered: 05/06/16 11:47:00    Page 8 of 9

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 6, 2016,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge M. Elaine Hammond
United States Bankruptcy Court – Northern District of California
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on        , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/6/2016 | Patricia Chlum | *s/Patricia Chlum* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                                         **F 9013-3.1.PROOF.SERVICE**
ACTIVE 40319235v1 05/06/2016

Case: 15-51771   Doc# 371   Filed: 05/06/16   Entered: 05/06/16 11:47:00   Page 9 of 9