# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: SANTA CRUZ BERRY FARMING COMPANY, LLC

Case No. 15-51771

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 5/31/16    **PETITION DATE:** 05/25/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $132,587 | $1,263,127 | |
| b. Total Assets | $133,573 | $1,264,113 | $5,618,800 |
| c. Current Liabilities | $201,573 | $1,212,743 | |
| d. Total Liabilities | $4,091,804 | $5,102,974 | $1,615,556 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $13,999 | $1,100,899 | $6,502,036 |
| b. Total Disbursements | $1,356 | $589,985 | $591,341 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $12,643 | $510,914 | $5,910,695 |
| d. Cash Balance Beginning of Month | $119,944 | $29,095 | $0 |
| e. Cash Balance End of Month (c + d) | $132,587 | $540,009 | $5,910,695 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($115,984) | $234,122 | $118,138 |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $673,119 | |
| 6. **Post-Petition Liabilities** | $201,573 | $1,212,743 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X  ;    U.S. Trustee Quarterly Fees   X   ;  Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/20/16            /s/ Robert Fritz Koontz
                          Responsible Individual

Revised 1/1/98

Case: 15-51771   Doc# 400   Filed: 06/27/16   Entered: 06/27/16 15:27:25   Page 1 of 11

# STATEMENT OF OPERATIONS
## (General Business Case)

For the Month Ended 5/31/16

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $0 | | $0 | 1 | Gross Sales | $9,035,991 | |
| $0 | | $0 | 2 | Less: Sales Returns & Allowances | | |
| $0 | | $0 | 3 | Net Sales | $9,035,991 | |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $6,225,988 | |
| $0 | | $0 | 5 | Gross Profit | $2,810,003 | |
| $0 | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | | $0 | 10 | **Total Revenues** | $2,810,003 | |
| | | | | **Expenses:** | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) ($.15/box) | $37,780 | |
| $0 | | $0 | 12 | Salaries | $313,160 | |
| $0 | | $0 | 13 | Commissions (Included in COGS) | $0 | |
| $0 | | $0 | 14 | Contract Labor (Included in COGS) | $0 | |
| | | | | Rent/Lease: | | |
| $0 | | $0 | 15 | Personal Property | $0 | |
| $0 | | $0 | 16 | Real Property (Land lease included in COGS) | $16,828 | |
| $0 | | $0 | 17 | Insurance | $95,254 | |
| $0 | | $0 | 18 | Management Fees | | |
| $0 | | $0 | 19 | Dues & Subscriptions | | |
| | | | | Taxes: | | |
| $706 | | ($706) | 20 | Employer Payroll Taxes | $99,944 | |
| $0 | | $0 | 21 | Real Property Taxes | $24,000 | |
| $0 | | $0 | 22 | Other Taxes | $0 | |
| $0 | | $0 | 23 | Other Selling | $0 | |
| $0 | | $0 | 24 | Other Administrative | $0 | |
| $0 | | $0 | 25 | Interest | $955 | |
| $0 | | $0 | 26 | Other Expenses: Consulting (PCA) | $13,104 | |
| $0 | | $0 | 27 | Telephone | $25,490 | |
| $0 | | $0 | 28 | Office Expense | $4,822 | |
| $0 | | $0 | 29 | Computer Expense | $22,110 | |
| $0 | | $0 | 30 | Bank Charges | $2,882 | |
| $0 | | $0 | 31 | Dues & Subscriptions | $3,458 | |
| $0 | | $0 | 32 | Postage | $49 | |
| $0 | | $0 | 33 | Miscellaneous Expense | $4,338 | |
| $0 | | $0 | 33a | Accrued water charges - all ranches | $104,331 | |
| $0 | | $0 | 33b | Accrued workers comp premiums | $38,030 | |
| $0 | | $0 | 33c | Accrued trash and electric charges - all ranches | $0 | |
| $0 | | $0 | 34 | Accounting/Compliance Advisor | $114,538 | |
| **$706** | **$0** | **($706)** | 35 | **Total Expenses** | **$921,073** | |
| **($706)** | **$0** | **($706)** | 36 | **Subtotal - Gross Profit** | **$1,888,930** | |
| | | | | **Reorganization Items:** | | |
| $7,500 | $10,000 | $2,500 | 37 | Professional Fees | $270,175 | |
| $0 | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| $0 | $0 | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| $0 | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| $650 | $0 | ($650) | 41 | U.S. Trustee Quarterly Fees | $21,875 | |
| $107,128 | | ($107,128) | 42 | Settlement Payment to Cal Coastal | $107,128 | |
| $115,278 | $10,000 | ($105,278) | 43 | **Total Reorganization Items** | $399,178 | |
| ($115,984) | ($10,000) | ($105,984) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $1,489,752 | |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($115,984) | ($10,000) | ($105,984) | 46 | **Net Profit (Loss)** | $1,489,752 | |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended  5/31/16

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $132,587 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: Cash in crop (net of sales) | | $0 |
| 8 | | | |
| 9 | **Total Current Assets** | | $132,587 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $986 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $986 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Litigation claims against Tom Lange Company Int'l | | $0 |
| 25 | Litigation claims against other entities | | $0 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $133,573 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | $0 |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | | A | $192,066 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees (May 25-August 31, 2015) | | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: Commissions Payable | | | $9,507 |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $201,573 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $201,573 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---:|
| 47 | Secured claims | | F | $2,544,325 |
| 48 | Priority unsecured claims | | F | $135,925 |
| 49 | General unsecured claims | | F | $1,209,981 |
| 50 | **Total Pre-Petition Liabilities** | | | $3,890,231 |
| 51 | **Total Liabilities** | | | $4,091,804 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $1,300,810 |
| 53 | Capital Stock | $31,125 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | $1,489,752 |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | ($6,797,397) |
| 59 | **Total Equity (Deficit)** | ($3,965,212) |
| 60 | **Total Liabilities and Equity (Deficit)** | $126,592 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | $0 | $0 | |
| 61-90 Days | $108,605 | $201,573 | $201,573 |
| 91+ Days | $0 | | |
| Total accounts receivable/payable | $108,605 | $201,573 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $108,605 | | |

### Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**  —  Inventory(ies) Balance at End of Month

**Cost of Goods Sold**

| | Inventory Balance at End of Month | | Cost of Goods Sold |
|---|---|---|---|
| Retail/Restaurants - Product for resale | | Inventory Beginning of Month | |
| | | Add - | |
| | | Net purchase | |
| | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - Products for resale | | Freight in | |
| | | Other: | |
| Manufacturer - Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| TOTAL | $0 | Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    No _____

How often do you take a complete physical inventory?

- Weekly _____
- Monthly _____
- Quarterly _____
- Semi-annually _____
- Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
- FIFO cost _____
- LIFO cost _____
- Lower of cost or market _____
- Retail method _____
- Other _____
  - Explain _____

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Computers, software, office equipment (net of depreciation) | | $986 |
| Total | $0 | $986 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) After Compromise Order | $2,544,325 | $2,544,325 |
| Priority claims other than taxes | | |
| Priority tax claims | $135,925 | $135,925 |
| General unsecured claims | $1,209,981 | $1,209,981 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Rabobank | Rabobank | Wells Fargo | |
| Account Type | Checking | Checking | IOLTA | |
| Account No. | xxxx42051 | xxxx31873 | xxxxx0409 | |
| Account Purpose | General | Payroll | Client Trust | |
| Balance, End of Month | $0 | $0 | $119,974 | |
| Total Funds on Hand for all Accounts | $119,974 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 05/31/16

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $13,999 | $6,502,036 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $13,999 | $6,502,036 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | 0 | 0 |
| 14 | Selling | $0 | $212,427 |
| 15 | Administrative | $0 | $101,331 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $1,195 |
| | Rent/Lease: | | |
| 19 | Personal Property | $0 | $0 |
| 20 | Real Property | $0 | $173,891 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $0 | $0 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $0 | $0 |
| 25 | Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $0 | $3,254,858 |
| 27 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $706 | $379,394 |
| 30 | Real Property Taxes | $0 | $3,000 |
| 31 | Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: | | |
| 33 | Cooling Costs | $0 | $141,903 |
| 34 | Tectrol, Peak Fresh and Recorder Costs | $0 | $27,556 |
| 35 | Packaging Materials | $0 | $715,029 |
| 36 | Direct Crop Costs | $0 | $431,655 |
| | Workers Compensation Premiums | $0 | $117,406 |
| | US Trustee Fees | $650 | $21,875 |
| 37 | Settlement Payment to Cal Coastal | $0 | $369,194 |
| 38 | **Total Cash Disbursements:** | $1,356 | $5,950,714 |
| 39 | **Net Increase (Decrease) in Cash** | $12,643 | $551,322 |
| 40 | **Cash Balance, Beginning of Period** | $119,944 | $0 |
| 41 | **Cash Balance, End of Period** | $132,587 | $551,322 |

Revised 1/1/98

Case: 15-51771    Doc# 400    Filed: 06/27/16    Entered: 06/27/16 15:27:25    Page 8 of 11

| In re: SANTA CRUZ FARMING COMPANY, LLC<br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 15-51771 |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3199 Airport Loop Drive, Suite A3, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **MAY 2016 MONTHLY OPERATING REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>*6/27/2016*</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- United States Trustee (SJ) USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
- Thomas A Vogele on behalf of Debtor tvogele@tvalaw.com
- Effie F. Anastassiou on behalf of Creditor California Coastal Rural Development Corp. and K&M Enterprises, LLC effieesq@salinasaglaw.com; paralegal@salinasaglaw.com
- Joseph M. Welch on behalf of creditor Tom Lange jwelch@buchalter.com; dcyrankowski@buchalter.com
- William Brody on behalf of creditor Tom Lange wbrody@buchalter.com
- Thomas J. Polis on behalf of Debtor Santa Cruz Berry Farming Company, LLC tom@polis-law.com, paralegal@polis-law.com
- Michael A. Sweet and Dale L. Bratton on behalf of Creditor Committee Official Committee of Unsecured Creditors msweet@foxrothschild.com, mflores@foxrothschild.com, brattonlaw@comcast.net
- Rebecca A. Caley on behalf of Requestor Mercedes-Benz Financial Services dba Daimler Truck Financial rcaley@caleylaw.com
- Ralph P. Guenther on behalf of Creditor Del Mar Food Products Corp and Richard Gurnee courts@tkdougherty.com; angelal@montereylaw.com; rguenther@Montereylaw.com
- Jerry Namba on behalf of Creditor Beth Crandall nambaepiq@earthlink.net; jnambaepiq@earthlink.net
- Barbara Choi on behalf of Pajaro Valley Water Management Agency bchoi@abc-law.com
- Torianna Homes on behalf of Creditor Ally Financial Serviced by Ally Servicing LLC tsh@severson.com
- Thomas P. House on behalf of Requestor Sambralio Packaging tomhouse@attorneyhouse.com
- Steven Koch on behalf of Creditor Helena Chemical Company smk@tularecountylaw.com
- Susan Luce on behalf of Requestor Janey Leonardich sbluceatty@yahoo.com
- Austin P. Nigel on behalf of Ford Credit Melissa@apnagellaw.com
- Henry Niles on behalf of Creditor Douglas Brouwer hbniles@hbniles.com
- Brian Hayag on behalf of Creditors Julie Packard, Nancy Burnett and Robert Stephens brian.hayag@pillsburylaw.com
- Alan Smith on behalf of Creditor Lakeside Organics ajsmith@grunskylaw.com

☐ Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u> (indicate method for each person or entity served)**:**
On <u>*6/27/2016*</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

Case: 15-51771   Doc# 400   Filed: 06/27/16   Entered: 06/27/16 15:27:25   Page 9 of 11

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 15-51771 |

postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***6/27/2016,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/27/16                                                                                              /s/ Angela Brown

**VIA OVERNITE EXPRESS**
Judge M. Elaine Hammond
United States Bankruptcy Court
Northern District of California
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

UNITED STATES TRUSTEE (SJ)
280 S 1st St #268
San Jose, CA 95113

**VIA EMAIL**
Armando Ramirez
287 Carsserly Road
Watsonville, CA 95076
E: aramirez@santacruzberry.com

CCOF Certification Services, LLC
2155 Delaware Avenue, Suite 150
Santa Cruz, CA 95060
E: inbox@ccof.org

Cedar Point Nursery
PO BOX 1447
Klamath Falls, OR 97601
E: cpaulsen@cedarpointnursery.net

EDD
Bay Area Collection Office
7677 Oakport Street, Suite 400
Oakland, CA 94621-1933
E: itcdbg@edd.ca.gov

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952
E: BKBNCNotices@ftb.ca.gov

Internal Revenue Service
Department of the Treasury
Ogden, UT 04201-0005
E: cio.bncmail@irs.gov

Kanaka Peak Service
Attn: Beth Crandall
PO BOX 1287
Watsonville, CA 95077
E: bethcrandall@att.net

Norcal Nursery
PO BOX 1012
Red Bluff, CA 96080
E: krisb@sakumabros.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                     **F 9013-3.1.PROOF.SERVICE**

| In re: SANTA CRUZ FARMING COMPANY, LLC<br>                              Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 15-51771 |
|---|---|

NABTA USA International, Inc.
6955 Barton Road
Granite Bay, CA 95746
E: george@nabta.com

**VIA US MAIL**
Cypress Ag Consulting
PO BOX 3597
Freedom, CA 95019

Famous Software
8080 North Palm Ave., Suite 210
Fresno, CA 93711

Fenton & Keller
PO BOX 791
Monterey, CA 93942

Nationwide Agribusiness Ins.
c/o McSherry & Hudson
PO BOX 2690
Watsonville, CA 95077

Pacific Gas and Electric Company
PO BOX 8329
Stockton, CA 95208

RDO Water, LLC
10108 Riverford Road
Lakeside, CA 92040

Richard Jon Gurnee, Switzer Trust,
Etheleen Callender Trust
724 Brewington Avenue
Watsonville, CA 95076

Wendal Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

---
This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9013-3.1.PROOF.SERVICE**

Case: 15-51771    Doc# 400    Filed: 06/27/16    Entered: 06/27/16 15:27:25    Page 11 of 11